# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| American Systems Corporation | ) ASBCA Nos. 59176, 59177 |
| | ) |
| Under Contract No. N62583-08-D-0136 | ) |

APPEARANCE FOR THE APPELLANT:          Joseph G. Billings, Esq.
              Katherine B. Hill, Esq.
               Miles & Stockbridge P.C.
               Baltimore, MD

APPEARANCES FOR THE GOVERNMENT:     Ronald J. Borro, Esq.
               Navy Chief Trial Attorney
              Anthony K. Hicks, Esq.
               Trial Attorney

## ORDER OF DISMISSAL

Pursuant to the request of the parties in appellant's "Stipulation of Dismissal with Prejudice," dated 12 July 2016, this case is hereby DISMISSED WITH PREJUDICE.

Dated: 14 July 2016

J. REID PROUTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59176, 59177 Appeals of American Systems Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals